# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| FLORENCE MUSSAT, M.D., S.C, ) <br> individually and on behalf ) <br> of similarly situated persons, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KIANOR SHAHMOHAMMADI a/k/a ) <br> DR. KIANOR SHAH, and ) <br> UMB BANK, N.A, ) <br> ) <br> Defendants. ) | 16-cv-171 |

## COMPLAINT - CLASS ACTION

1. Plaintiff Florence Mussat M.D., S.C., brings this action individually and on behalf of similarly situated persons against to secure monetary and injunctive redress for the illegal actions of faxing unsolicited advertisements.

2. This Court has jurisdiction under 28 U.S.C. § 1331 (Federal Question) and 47 U.S.C. § 227 ("TCPA"). *Mims v. Arrow Financial Services, LLC*, 132 S.Ct. 740 (2012); *Brill v. Countrywide Home Loans, Inc.,* 427 F.3d 446 (7th Cir. 2005).

3. Venue and personal jurisdiction in this District are proper because the act of sending a junk fax complained of was targeted to an individual in Illinois.

4. On or around Defendant December 18, 2015, Plaintiff received the fax, a copy of the image is below as follows:

Fm:Nexus  To: 17738683700     12:31 12/18/15 GMT-05 Pg 1-1



## DoctorsClub®

As your colleagues, we want to wish you a *Happy Holiday* and to inform you that the Doctors Club is finally here!



Doctors Club is about empowering the healthcare community without borders in a 3 pronged approach: Administration, Academics, and Finance. One of the benefits of Doctors Club is its member identification credit card exclusively created for Healthcare Providers. The prestigious credit card is attached to a unique world of unprecedented discounts and benefits catering to our personal and business needs.

Be the first to **Pre-Order** the Exclusive Doctors Club World Elite MasterCard!

**Your New Card Includes:**

» Access discounts and perks for your business and personal use with over 5,000 vendors and hundreds of thousands of offers

» Travel and vacation deals to more than 200 countries with over 100,000 hotel choices

» Local, Regional, National and Universal Privileges

**Also, Enjoy the Additional MasterCard Benefits:**

» Robust Reward Program with options for Cashback and Points redeemable for merchandise, gift cards, and travel*
» World Elite Concierge Services**
» Emergency Card Replacement
» MasterCard Identity Theft Resolution
» Master Rental Coverage
» Chauffeured Car Service**
» Lost and Delayed Baggage Insurance
» Purchase Protections
» Extended Warrantee
» Luxury Travel Program**

*Redemption of points for travel are subject to a ticketing fee of $31/online or $36/phone
**Additional terms and conditions apply. Services provide are subject to third party fees.

**The Only Credit Card that was Designed BY DOCTORS FOR DOCTORS.**
*It Pays to Unite!*
For more information and complete terms and conditions or to APPLY, visit **TheDrClub.com** today!

5. The form fax matches the December 16, 2015, Tweet on Kianor Shah's twitter

2

feed, Kianor Shah @Kianor1:



https://twitter.com/kianor1; the same information regarding the Doctors Club card above also first appeared on Kianor Shah's Google Plus page, on December 16, 2015. https://plus.google.com/+KianorShah/posts.

6. Given the two-day time period between the Tweet and the Plaintiff's receipt of the fax, on information and belief the fax was blasted to numerous individuals, as fax blasting is a quick and inexpensive way to send numerous faxes in a very short time, especially to doctors who look at the documents on their fax machines which are typically used to transmit Personal

Health Information as that term is defined in HIPPA.

7. Dental Equities, LLC, d/b/a Peer United on information and belief, is a private equity limited liability, and along with Nexis and www.TheDrClub.com, are companies founded by Kianor Shahmohammadi a/k/a Dr. Kianor Shah, and purports to have an office in Irvine, California. However, none of these companies are current active corporations.

6. UMB BANK, n.a., is a subsidiary of UMB Financial Corporation, and a national banking association with its principal place of business in Kansas City, Missouri. According to UMB Financial Corporation's September 30, 2015, Form 10-Q filing with the SEC, states in part, "Commercial credit cards are generally unsecured and are underwritten with criteria similar to commercial loans including an analysis of the borrower's cash flow, available business capital, and overall credit-worthiness of the borrower."

7. The subject form fax, Exhibit A, is an advertisement inviting Plaintiff to go to the website listed and to enter into a contact for the credit card product displayed in the fax.

8. The website TheDrClub.com redirects the person's web browser to the website peersclub.com which in part displays the following:



4

peersclub.com

9. When the person clicks on the "Apply Today" icon, as shown above, it will direct them to the following webpage, which in part states:



https://cardpartner.com/app/D330G.

10. A person who calls 1.800.821.5184 will either get an operator that identifies the company that is being called as UMB, or they will be prompted with a list of automated menu options and if they press 0 or wait for the operator, they will be able to apply for a Doctors Club credit card.

11. The website https://cardpartner.com is authorized by UMB Bank, N.A. *E.g.*



12. CardPartner connects businesses like www.TheDrClub.com, Dental Equities, LLC, d/b/a Peer United, their members and supporters through UMB Bank, n.a.;s co-branded credit card programs.

13. In order for www.TheDrClub.com, Dental Equities, LLC, d/b/a Peer United, to become a CardPartner with UMB Bank, n.a., and to be able to have the credit card illustrated in the subject fax, one or more of the other Defendants was required to submit an application with UMB Bank, n.a., and UMB Bank, n.a., had to approve of that application.

14. The only defendant that can issue credit cards is Defendant UMB Bank, n.a.

15. The subject fax is aimed at generating customers for the economic benefit of Defendants.

16. Plaintiff had no prior relationship with Defendants and had not authorized the sending of the subject fax, nor did Plaintiff request any services to be provided by Defendants.

17. The TCPA makes unlawful the "use of any telephone facsimile machine, computer or other device to send an unsolicited advertisement to a telephone facsimile machine . . . ." 47 U.S.C. §227(b)(1)(C).

18. Exhibit A does not contain a compliant opt-out notice as required by the TCPA.

19. Plaintiff's and each class member's right of privacy was invaded, costs of toner and ink were incurred, or time to review and delete the subject form faxes were expended.

WHEREFORE, Plaintiff requests that this Honorable Court:

    a. Certify that this matter may proceed as a class action;

    b. Enter judgment in favor of Plaintiff and the class and against Defendants for damages, including damages allowed under the TCPA;

    c.    Enter judgment in favor of Plaintiff and the class and against Defendants for Injunctive relief;

    d.    Enter a determination that Plaintiff is an adequate class representative,

    e.    Award Plaintiff a fair, reasonable and adequate incentive award; and

    f.    Costs of suit, including an award of attorney's fees if permissible.

Respectfully submitted,

s/ Curtis C. Warner
Curtis C. Warner

Curtis C. Warner
Warner Law Firm, LLC
350 S. Northwest HWY Ste. 300
Park Ridge, IL 60068
(847) 701-5290 (TEL)
cwarner@warnerlawllc.com

**DOCUMENT PRESERVATION REQUESTS**

PLEASE TAKE NOTICE that Defendants are requested to preserve all documents that relate to the identity of any potential putative class members who would have been send the form fax, an image of which is in the Complaint, going back four years from the filing of this complaint, including all fax logs, fax numbers, address and names.  Defendants are further requested to preserve any and all documents which show any expressed prior consent to receive the form faxe, an image of which is in the Complaint.  Defendants are requested to preserve any and all documents which show any established business relationship with any potential putative class members.  Defendants, are also requested to preserve https://cardpartner.com/app/D330G, and all Twitter accounts, websites, Facebook accounts and YouTube videos regarding or related to Dr. Kianor Shah, including, but not limited to those in the Complaint and https://www.linkedin.com/in/kianorshah.

                                                       s/ Curtis C. Warner
                                                        Curtis C. Warner

Curtis C. Warner
Warner Law Firm, LLC
350 S. Northwest HWY Ste. 300
Park Ridge, IL 60068
(847) 701-5290 (TEL)
cwarner@warnerlawllc.com