# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| FLORENCE MUSSAT, M.D., S.C, ) | |
| individually and on behalf ) | 16-cv-171 |
| of similarly situated persons, ) | |
| ) | Hon. Virginia M. Kendall |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DENTAL EQUITIES, LLC, ) | |
| KIANOR SHAHMOHAMMADI a/k/a ) | |
| DR. KIANOR SHAH, and DOE 1, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that pursuant to Rules 41(a)(1)(A)(i) and 41(a)(1)(B), Plaintiff Florence Mussat, M.D., S.C., voluntarily dismisses this case.

Respectfully submitted,

s/ Curtis C. Warner
Curtis C. Warner

Curtis C. Warner
Warner Law Firm, LLC
350 S. Northwest HWY, Ste. 300
Park Ridge, IL 60068
(847) 701-5290 (TEL)
cwarner@warnerlawllc.com

2

## CERTIFICATE OF SERVICE

I, Curtis C. Warner, hereby certify that on **March 23, 2016,** I filed the **Notice of Voluntary Dismissal** using the Court's CM/ECF system, which automatically will send notice to those parties who have appeared and are so registered.

                                                  Respectfully submitted,

                                                  <u>s/ Curtis C. Warner</u>
                                                     Curtis C. Warner

Curtis C. Warner
Warner Law Firm, LLC
350 S. Northwest HWY, Ste. 300
Park Ridge, IL 60068
(847) 701-5290 (TEL)
cwarner@warnerlawllc.com